UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 5:10-CR-40-1F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER STEPHONE COBB | ) | |
| Defendant. | ) | |

This matter comes before the Court upon Defendant's Motion to Sequester Witnesses, and the Court, having reviewed said Motion to Sequester Witnesses and being duly advised, now GRANTS Defendant's Motion.

This 12th day of November, 2010.

_____
JAMES C. FOX
United States District Court Judge