UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DIVISION


FILED IN OPEN COURT
ON 11/15/2010
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

VS.

Christopher Stephone Cobb

NO. 5:10-CR-40-1F

ORDER

**IT IS HEREBY ORDERED** that the following government exhibit(s) admitted into evidence on 11/15/2010 be turned over to Special Agent Lisa Mendez to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 5 | .25 Caliber Handgun |
| 6 | Magazine and 7 Rounds of Ammunition |
| 11 | Cash - $151.00 |
| 12 | Razor Blade |
| 13 | Evidence Bag that Bessy in- Has Razor & Bag in it |

This 15th day of November, 2010.

Lisa Mendez
Received by Agent

James C. Fox
UNITED STATES DISTRICT JUDGE
(signature) on   (date)