UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION



UNITED STATES OF AMERICA

VS.

NO. 5:10-CR-40-1F

Christopher Stphone Cobb

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 11/16/2010 be turned over to Special Agent Lisa Mendez to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 25 | .25 Caliber Round |
| 7 | 4.4 grams of Crack Cocaine |
| 15 | Crack Cocaine |

This 16th day of November, 2010.

_Lisa Mendez_
Received by Agent

_James C. Fox_
UNITED STATES DISTRICT JUDGE
(signature) on (date)