IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00040-F-1
No. 5:13-CV-00719-F

| | | |
|---|---|---|
| CHRISTOPHER STEPHONE COBB, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Within twenty days hereof, the Government is DIRECTED to respond to the following:

Christopher Stephone Cobb's Motions to Amend [DE-93, -109], Motion for Leave [DE-103],

and Motion for DNA Testing [DE-105].

SO ORDERED.

This the 1ˢᵗ day of June, 2016.

_James C. Fox_

James C. Fox
Senior United States District Judge