IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00040-F-1
No. 5:13-CV-00719-F

| | |
|---|---|
| CHRISTOPHER STEPHONE COBB,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>) |

This matter is before the court on a Motion to Reconsider or Clarify [DE-118] filed by Christopher Stephone Cobb's appointed counsel.[1] Within twenty-five (25) days hereof, the Government is DIRECTED to file a response.

SO ORDERED.

This the 2 day of March, 2017.

                                      _James C. Fox_
                                      JAMES C. FOX
                                      Senior United States District Judge

---

[1] On June 24, 2016, appointed counsel Suzanne Little entered a limited notice of appearance for representation pursuant to Standing Order 15-SO-02.